IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70477-JAD |
| | : | |
| **Lisia Cartwright,** | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Related to Document No. 10 |
| **Lisia Cartwright,** | : | |
| | : | |
| Movant | : | Doc. # 11 |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour** Esquire | : | |
| Chapter 13 Trustee, | : | FILED |
| Respondent | : | 8/19/19 12:04 pm |
| | | CLERK |
| | | U.S. BANKRUPTCY |
| | | COURT - WDPA |

## ORDER

**AND NOW**, on this <u>19th</u> day of <u>August</u>, <u>2019</u>, upon consideration of the Motion of the above reference Debtor(s), praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file her Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices be hereby extended to and including August 30, 2019.

BY THE COURT:

_____ jsf
Hon. Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Lisia Cartwright
     Debtor

Case No. 19-70477-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: mgut    Page 1 of 1    Date Rcvd: Aug 19, 2019
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.
db         +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:
       James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
       Lawrence W. Willis    on behalf of Debtor Lisia   Cartwright ecf@westernpabankruptcy.com,
        urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                           TOTAL: 4