**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-70477-JAD |
| | : | |
| LISIA CARTWRIGHT, | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOCUMENT NO. 4 |
| LISIA CARTWRIGHT, | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | September 4, 2019 at 10:00 AM |
| vs. | : | |
| | : | |
| AFNI, INC., | : | |
| AT&T MOBILITY, | : | |
| ATLANTIC BROADBAND, | : | |
| BANK OF AMERICA, | : | |
| BECKET & LEE, | : | |
| C&G, | : | |
| CAPITAL ONE, | : | |
| CHASE CARD, | : | |
| CITIBANK, | : | |
| CREDIT ONE BANK, | : | |
| CREDIT PROTECTION, | : | |
| CREDITORS BANKRUPTCY, | : | |
| DISH NETWORK, | : | |
| DIVERSIFIED CONSULTANT, | : | |
| DSNB MACYS, | : | |
| KOHLS, | : | |
| LVNV FUNDING, | : | |
| M&T BANK, | : | |
| NATIONWIDE, | : | |
| PEOPLES GAS, | : | |
| PORTFOLIO RECOVERY, | : | |
| SEVENTH AVENUE, | : | |
| SYNCB, | : | |
| THE BUREAUS INC., | : | |
| VERIZON WIRELESS, | : | |
| WELLS FARGO, | : | |
| RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO EXTEND AUTOMATIC STAY FILED AT DOCKET NO. 4**

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend Automatic Stay filed on August 4, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 21, 2019.

  It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 22, 2019            By: /s/ Lawrence Willis Esquire
                       Lawrence W Willis, Esquire
                       PA I.D. # 85299
                       Willis & Associates
                       201 Penn Center Blvd
                       Pittsburgh, PA 15235
                       Tel: 412.235.1721
                       Fax: 412.542.1704
                       lawrencew@urfreshstrt.com