**IN THE UNITED STATES BANKRUPTCY COURT**    <span style="color:red">**DEFAULT O/E JAD**</span>

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY NO. 19-70477-JAD** |
| | : | |
| **LISIA CARTWRIGHT,** | : | **CHAPTER 13** |
|        **DEBTOR** | : | |
| | : | **RELATED TO DOCUMENT NO. 4** |
| **LISIA CARTWRIGHT,** | : | |
|        **MOVANT** | : | **HEARING DATE & TIME:** |
| | : | **September 4, 2019 at 10:00 AM** |
|     **vs.** | : | |
| | : | |
| **AFNI, INC.,** | : | |
| **AT&T MOBILITY,** | : | |
| **ATLANTIC BROADBAND,** | : | |
| **BANK OF AMERICA,** | : | |
| **BECKET & LEE,** | : | |
| **C&G,** | : | |
| **CAPITAL ONE,** | : | |
| **CHASE CARD,** | : | |
| **CITIBANK,** | : | |
| **CREDIT ONE BANK,** | : | |
| **CREDIT PROTECTION,** | : | |
| **CREDITORS BANKRUPTCY,** | : | |
| **DISH NETWORK,** | : | |
| **DIVERSIFIED CONSULTANT,** | : | |
| **DSNB MACYS,** | : | |
| **KOHLS,** | : | |
| **LVNV FUNDING,** | : | |
| **M&T BANK,** | : | |
| **NATIONWIDE,** | : | |
| **PEOPLES GAS,** | : | |
| **PORTFOLIO RECOVERY,** | : | |
| **SEVENTH AVENUE,** | : | |
| **SYNCB,** | : | |
| **THE BUREAUS INC.,** | : | |
| **VERIZON WIRELESS,** | : | |
| **WELLS FARGO,** | : | |
|     **RESPONDENTS** | : | **FILED PURSUANT TO** |
| | : | **11 U.S.C. § 362 (C) (3)** |
|     **and** | : | |
| | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
|       **ADDITIONAL** | : | |
|       **RESPONDENT** | : | |

**<u>ORDER</u>**

**AND NOW**, on this __28th__ day of _____, 2019, upon consideration of the

within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362

(a) is hereby extended to all named respondents or until further order of Court.

BY THE COURT,

jsf

_____
Jeffery A. Deller
United States Bankruptcy Judge

FILED
8/28/19 1:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-70477-JAD
Lisia Cartwright                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam          Page 1 of 2          Date Rcvd: Aug 28, 2019
                             Form ID: pdf900      Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db            +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413
15099083       Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
15099084      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bankamerica,    Po Box 982238,    El Paso, TX 79998)
15099085      +Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
15099086      +C & G,    1201 12th St,    Altoona, PA 16601-3421
15099094      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                PLANO TX 75093-4805
              (address filed with court: Credit Protection Asso,    13355 Noel Rd Ste 2100,
                Dallas, TX 75240)
15099095      ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
              (address filed with court: Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380)
15099089      +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
15099090      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
15099091      +Citibank,n.a.,    Po Box 6191,    Sioux Falls, SD 57117-6191
15099098      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15099099      +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
15099104       Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
15099105      +Peoples Gas,    100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
15099112      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
15099315      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15099114      +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2019 02:54:17
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15099082      +E-mail/Text: g20956@att.com Aug 29 2019 02:57:32    AT&T Mobility,    PO Box 6416,
                Carol Stream, IL 60197-6416
15099081      +E-mail/Text: EBNProcessing@afni.com Aug 29 2019 02:57:13    Afni, Inc.,    Po Box 3097,
                Bloomington, IL 61702-3097
15099087       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2019 02:55:12    Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
15099088       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2019 02:54:11    Capital One,
                1500 Capital One Drive,    Richmond, VA 23238
15099092      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 29 2019 02:54:48    Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
15099093      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 29 2019 02:55:19    Credit One Bank Na,
                Po Box 98875,    Las Vegas, NV 89193-8875
15099096      +E-mail/Text: Bankruptcy.Consumer@dish.com Aug 29 2019 02:56:53    Dish Network,    PO Box 94053,
                Palatine, IL 60094-4053
15099097      +E-mail/Text: bankruptcynotices@dcicollect.com Aug 29 2019 02:57:32    Diversified Consultant,
                10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
15099100      +E-mail/Text: bncnotices@becket-lee.com Aug 29 2019 02:56:04    Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15104628       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2019 02:55:24    LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15099101      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2019 02:54:23    Lvnv Funding Llc,
                Po Box 1269,    Greenville, SC 29602-1269
15099103       E-mail/Text: camanagement@mtb.com Aug 29 2019 02:56:11    M & T Bank,    1 Fountain Plz Fl 4,
                Buffalo, NY 14203
15099102       E-mail/Text: camanagement@mtb.com Aug 29 2019 02:56:11    M & T Bank,    Po Box 900,
                Millsboro, DE 19966
15099107      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2019 02:54:17
                Portfolio Recovery,    POB 12914,    Norfolk, VA 23541
15099106      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2019 02:54:17
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
15099108      +E-mail/Text: bankruptcy@sccompanies.com Aug 29 2019 02:58:01    Seventh Avenue,    1112 7th Ave,
                Monroe, WI 53566-1364
15099109      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:55:06    Syncb/amer Eagle,    Po Box 965005,
                Orlando, FL 32896-5005
15099110      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:55:07    Syncb/jcp,    Po Box 965007,
                Orlando, FL 32896-5007
15099111      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:55:06    Syncb/lane Furniture,
                C/o Po Box 965036,    Orlando, FL 32896-0001
15099113      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 29 2019 02:55:49
                Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                       TOTAL: 21

```
District/off: 0315-7          User: dkam          Page 2 of 2          Date Rcvd: Aug 28, 2019
                             Form ID: pdf900      Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          M&T Bank
                                                            TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor Lisia  Cartwright ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                            TOTAL: 4
```