# United States Bankruptcy Court
## Western District of Pennsylvania

In re __Lisia Cartwright_____
Debtor(s)

Case No. __19-70477__
Chapter __13__

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Lisia Cartwright__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[✓]  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ]  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

[ ]  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date __August 31, 2019__      Signature __/s/ Lisia Cartwright__
                                      Lisia Cartwright
                                      Debtor