Form 130

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Lisia Cartwright**
Debtor(s)

Bankruptcy Case No.: 19−70477−JAD

Chapter: 13
Docket No.: 24 − 22

## **CERTIFICATION**

The undersigned Clerk of the above−entitled Court certifies that:

The Clerk notified the Debtor(s)' attorney, or Debtor(s) if not represented by an attorney, that a *Declaration Re: Electronic Filing of Petition* had to be submitted by **September 9, 2019** and failure to meet that deadline would result in the dismissal of the case.

As of **September 11, 2019,** the above deadline has passed and Debtor(s) failed to submit a *Declaration Re: Electronic Filing of Petition* to the Clerk.

Michael R. Rhodes
Clerk

## **ORDER**

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Local Bankruptcy Rule 1017−2, General Court Procedure #9* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: September 11, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 19-70477-JAD
Lisia Cartwright                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: mgut               Page 1 of 3           Date Rcvd: Sep 11, 2019
                               Form ID: 130             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
```
db            +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413
15099083       Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
15099086      +C & G,    1201 12th St,    Altoona, PA 16601-3421
15099095     ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
             (address filed with court: Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380)
15099089      +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
15099091      +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
15099099      +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
15099104       Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
15116513      +Penelec,    PO Box 3687,    Akron, OH 44309-3687
15116514       Penelec,    C/O FirstEnergy/Penelec,    Holmdel, NJ 07733
15099105      +Peoples Gas,    100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
15099112      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
15099315      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +EDI: PRA.COM Sep 12 2019 06:43:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
15099082      +EDI: CINGMIDLAND.COM Sep 12 2019 06:43:00      AT&T Mobility,    PO Box 6416,
               Carol Stream, IL 60197-6416
15099081      +EDI: AFNIRECOVERY.COM Sep 12 2019 06:43:00      Afni, Inc.,    Po Box 3097,
               Bloomington, IL 61702-3097
15116488      +EDI: AIS.COM Sep 12 2019 06:43:00      American Infosource,    PO Box 268941,
               Oklahoma City, OK 73126-8941
15099084       EDI: BANKAMER.COM Sep 12 2019 06:43:00      Bankamerica,    Po Box 982238,    El Paso, TX 79998
15099085      +EDI: BL-BECKET.COM Sep 12 2019 06:43:00      Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
15099087       EDI: CAPITALONE.COM Sep 12 2019 06:43:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238
15099094      +EDI: CREDPROT.COM Sep 12 2019 06:43:00      Credit Protection Asso,    13355 Noel Rd Ste 2100,
               Dallas, TX 75240
15099088       EDI: CAPITALONE.COM Sep 12 2019 06:43:00      Capital One,    1500 Capital One Drive,
               Richmond, VA 23238
15120152       EDI: CAPITALONE.COM Sep 12 2019 06:43:00      Capital One Bank (USA), N.A.,
               by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
15099090      +EDI: CHASE.COM Sep 12 2019 06:43:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
15116499      +EDI: WFNNB.COM Sep 12 2019 06:43:00      Commenity Bank/Victoria Secret,    PO Box 182789,
               Columbus, OH 43218-2789
15099092      +EDI: RCSFNBMARIN.COM Sep 12 2019 06:43:00      Credit One Bank,    PO Box 98873,
               Las Vegas, NV 89193-8873
15099093      +EDI: RCSFNBMARIN.COM Sep 12 2019 06:43:00      Credit One Bank Na,    Po Box 98875,
               Las Vegas, NV 89193-8875
15099096      +EDI: ESSL.COM Sep 12 2019 06:43:00      Dish Network,    PO Box 94053,    Palatine, IL 60094-4053
15099097      +EDI: DCI.COM Sep 12 2019 06:43:00      Diversified Consultant,    10550 Deerwood Park Blvd,
               Jacksonville, FL 32256-0596
15099098      +EDI: TSYS2.COM Sep 12 2019 06:43:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15099100      +E-mail/Text: bncnotices@becket-lee.com Sep 12 2019 02:57:42      Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15104628       EDI: RESURGENT.COM Sep 12 2019 06:43:00      LVNV Funding, LLC,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
15099101      +EDI: RESURGENT.COM Sep 12 2019 06:43:00      Lvnv Funding Llc,    Po Box 1269,
               Greenville, SC 29602-1269
15099103       E-mail/Text: camanagement@mtb.com Sep 12 2019 02:57:50      M & T Bank,    1 Fountain Plz Fl 4,
               Buffalo, NY 14203
15099102       E-mail/Text: camanagement@mtb.com Sep 12 2019 02:57:50      M & T Bank,    Po Box 900,
               Millsboro, DE 19966
15099107       EDI: PRA.COM Sep 12 2019 06:43:00      Portfolio Recovery,    POB 12914,    Norfolk, VA 23541
15099106      +EDI: PRA.COM Sep 12 2019 06:43:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4952
15099108      +EDI: CBS7AVE Sep 12 2019 06:43:00      Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
15099109      +EDI: RMSC.COM Sep 12 2019 06:43:00      Syncb/amer Eagle,    Po Box 965005,
               Orlando, FL 32896-5005
15099110      +EDI: RMSC.COM Sep 12 2019 06:43:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
15099111      +EDI: RMSC.COM Sep 12 2019 06:43:00      Syncb/lane Furniture,    C/o Po Box 965036,
               Orlando, FL 32896-0001
15116523      +EDI: VERIZONCOMB.COM Sep 12 2019 06:43:00      Verizon,    PO Box 25505,
               Lehigh Valley, PA 18002-5505
15099113      +EDI: VERIZONCOMB.COM Sep 12 2019 06:43:00      Verizon Wireless,    Po Box 650051,
               Dallas, TX 75265-0051
15099114      +EDI: WFFC.COM Sep 12 2019 06:43:00      Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
                                                                                              TOTAL: 31
```

```
District/off: 0315-7              User: mgut              Page 2 of 3              Date Rcvd: Sep 11, 2019
                                  Form ID: 130            Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
15116489*      +AT&T Mobility,    PO Box 6416,    Carol Stream, IL 60197-6416
15116487*      +Afni, Inc.,    Po Box 3097,    Bloomington, IL 61702-3097
15116490*       Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
15116491*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bankamerica,    Po Box 982238,    El Paso, TX 79998)
15116492*      +Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
15116493*      +C & G,    1201 12th St,    Altoona, PA 16601-3421
15116494*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
15116502*     ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4805
               (address filed with court: Credit Protection Asso,    13355 Noel Rd Ste 2100,
                 Dallas, TX 75240)
15116503*     ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
               (address filed with court: Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380)
15116495*       Capital One,    1500 Capital One Drive,    Richmond, VA 23238
15116496*      +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
15116497*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
15116498*      +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
15116500*      +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
15116501*      +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
15116504*      +Dish Network,    PO Box 94053,    Palatine, IL 60094-4053
15116505*      +Diversified Consultant,    10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
15116506*      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15116507*      +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
15116508*      +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15116509*      +Lvnv Funding Llc,    Po Box 1269,    Greenville, SC 29602-1269
15116511*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M & T Bank,    1 Fountain Plz Fl 4,    Buffalo, NY 14203)
15116510*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M & T Bank,    Po Box 900,    Millsboro, DE 19966)
15116512*       Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
15116517*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    POB 12914,    Norfolk, VA 23541)
15116515*      +Peoples Gas,    100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
15116516*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
15116518*      +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
15116519*      +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
15116520*      +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
15116521*      +Syncb/lane Furniture,    C/o Po Box 965036,    Orlando, FL 32896-0001
15116522*      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
15116524*      +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
15116525*      +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
                                                                                            TOTALS: 1, * 34, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Lawrence W. Willis     on behalf of Debtor Lisia  Cartwright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-7          User: mgut              Page 3 of 3            Date Rcvd: Sep 11, 2019
                              Form ID: 130            Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                      TOTAL: 4