IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-70477-JAD |
| Lisia Cartwright, | : | Chapter 13 |
| Debtors | : | |
| Lisia Cartwright, | : | Related to Document No. 24 |
| Movants | : | Doc. # 26 |
| vs. | : | |
| | : | Hearing Date & Time: |
| Ronda J. Winnecour, Esquire Chapter 13 Trustee, | : | |
| Respondent | : | |

## ORDER

AND NOW on this __25th__ day of __September__, 2019, upon consideration of the *Motion to Reconsider Dismissal of Case*, filed by the Debtor, and upon good cause shown, it is hereby ordered and directed that the Order Dismissing the Case is vacated.

**IT IS FURTHER ORDERED that Counsel to Movant(s) shall IMMEDIATELY serve this Order on all parties listed on the Clerk's Office current Mailing Matrix and file a Certificate of Service within seven (7) days.**

BY THE COURT:

_____ jsf
Jeffery A. Deller,
*United States Bankruptcy Judge*

FILED
9/25/19 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 19-70477-JAD
Lisia Cartwright                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut                Page 1 of 1              Date Rcvd: Sep 25, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db              +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor Lisia  Cartwright ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4