**\*FILING FEE PAID\***  (Yes)  No

FILED
10/30/19 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Cartwright_____ JAD

Case Number: __19-70477__

Date of Meeting: __10/25/19__   Recording # __20__

Debtor(s) present _✓_ or Not Present ___ (___ No Payments Made or _✓_ partial payments)

Attorney for debtor(s) __Willis_____ (Present _✓_ or Not Present ___)

Date of Plan at § 341: __8/31/19__ Applicable commitment period _✓_ 3 yrs ___ 5 yrs

*No payments posted*

_✓_ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
   ___ Order to Show Cause Requested
   ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
_✓_ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_✓_ Continued to:
   ___ 341 Meeting   OR   _✓_ Conciliation Conf. OR ___ *Contested Hearing
   On __12/19/19__ at __3:00__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee

## Trustee action:

19-70477-JAD Lisia Cartwright

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 7 (Johnstown) |
| Assets: y | Judge: JAD | |

Case Flag: SkipPriorRelCase, RELCAS, Repeat, DISMISSAL_VACATED

**U.S. Bankruptcy Court**

**WESTERN DISTRICT OF PENNSYLVANIA**

Notice of Electronic Filing

The following transaction was received from vde13 entered on 10/29/2019 at 10:35 AM EDT and filed on 10/29/2019
**Case Name:**          Lisia Cartwright
**Case Number:**        19-70477-JAD
**Document Number:** 33

**Docket Text:**
Meeting of Creditors Chapter 13 Held and Concluded on 10/25/2019 Filed by Ronda J. Winnecour. (vde13)

The following document(s) are associated with this transaction:


**19-70477-JAD Notice will be electronically mailed to:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor M&T Bank
bkgroup@kmllawgroup.com

Lawrence W. Willis on behalf of Debtor Lisia Cartwright
ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**19-70477-JAD Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541