FILED
2/28/20 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>LARRY L. MOSTOLLER, JR.,<br>Debtor.<br>---<br>LARRY L. MOSTOLLER, JR.,<br>Movant,<br>v.<br>No Respondents. | Bankruptcy No. 19-70585-JAD<br><br>Chapter 7<br><br>Doc. No. 34<br><br>Related to Doc. No. 32 |

## ORDER GRANTING MOTION TO RECONSIDER
## ORDER CLOSING CASE WITHOUT DISCHARGE

Upon consideration of the Debtor's Motion to reconsider an Order closing the case without a discharge, and notice appearing appropriate, and good cause appearing therefor, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Debtor's case is hereby REOPENED; and it is further

ORDERED that the Debtor shall serve a copy of this Order on all creditors and parties in interest and shall file a certificate of service; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Entered: February 28, 2020

Jeffery A. Deller　　mas
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Aurelius P. Robleto, Esquire