# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** LISIA CARTWRIGHT
**Case Number:** 19-70477-JAD   **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 21, 2020 02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#19 - Final Confirmation of Plan Dated 8/31/2019 (NFC)
**R / M #:** 19 / 0

### *Appearances:*

Debtor: Willis
Trustee: (Winnecour) / Pail / Katz / DeSimone

Creditor:

FILED
5/22/20 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ___✓___ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____ .
A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Debtor's counsel has no defense to dismissal - only one payment

5/13/2020   2:36:50PM