Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lisia Cartwright** | : | Case No. 19−70477−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this ***The 22nd of May, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-70477-JAD
Lisia Cartwright                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur              Page 1 of 3             Date Rcvd: May 22, 2020
                              Form ID: 309            Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db          +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15099083     Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
15099086    +C & G,   1201 12th St,    Altoona, PA 16601-3421
15099094    ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
              PLANO TX 75093-4805
             (address filed with court:   Credit Protection Asso,     13355 Noel Rd Ste 2100,
              Dallas, TX 75240)
15099095    ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
             (address filed with court:   Creditors Bankruptcy Service,     PO Box 800849,    Dallas, TX 75380)
15099089    +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
15099091    +Citibank,n.a,    Po Box 6191,   Sioux Falls, SD 57117-6191
15099099    +KML Law,    701 Market St #5000,   Philadelphia, PA 19106-1541
15099104     Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
15116514    +Penelec,    C/O FirstEnergy/Penelec,    101 Crawford's Corner Rd.,    Bldg. #1, Ste. 1-511,
              Holmdel, NJ 07733-1976
15116513    +Penelec,    PO Box 3687,   Akron, OH 44309-3687
15099105    +Peoples Gas,    100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
15099112    +The Bureaus Inc,    1717 Central St,   Evanston, IL 60201-1507
15099315    +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +EDI: PRA.COM May 23 2020 06:18:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
15099082    +EDI: CINGMIDLAND.COM May 23 2020 06:18:00      AT&T Mobility,    PO Box 6416,
              Carol Stream, IL 60197-6416
15099081    +EDI: AFNIRECOVERY.COM May 23 2020 06:18:00      Afni, Inc.,    Po Box 3097,
              Bloomington, IL 61702-3097
15116488    +EDI: AIS.COM May 23 2020 06:18:00      American Infosource,    PO Box 268941,
              Oklahoma City, OK 73126-8941
15099084     EDI: BANKAMER.COM May 23 2020 06:18:00      Bankamerica,    Po Box 982238,    El Paso, TX 79998
15099085    +EDI: BL-BECKET.COM May 23 2020 06:18:00      Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
15099087     EDI: CAPITALONE.COM May 23 2020 06:18:00      Capital One,    15000 Capital One Dr,
              Richmond, VA 23238
15099088     EDI: CAPITALONE.COM May 23 2020 06:18:00      Capital One,    1500 Capital One Drive,
              Richmond, VA 23238
15120152     EDI: CAPITALONE.COM May 23 2020 06:18:00      Capital One Bank (USA), N.A.,
              by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15128477     EDI: BL-BECKET.COM May 23 2020 06:18:00      Capital One, N.A.,    c/o Becket and Lee LLP,
              PO Box 3001,   Malvern PA 19355-0701
15116499    +EDI: WFNNB.COM May 23 2020 06:18:00      Commenity Bank/Victoria Secret,    PO Box 182789,
              Columbus, OH 43218-2789
15099092     E-mail/PDF: creditonebknotifications@resurgent.com May 23 2020 02:43:09      Credit One Bank,
              PO Box 98873,    Las Vegas, NV 89193-8873
15099093    +E-mail/PDF: creditonebknotifications@resurgent.com May 23 2020 02:43:38      Credit One Bank Na,
              Po Box 98875,    Las Vegas, NV 89193-8875
15099096    +EDI: ESSL.COM May 23 2020 06:18:00      Dish Network,    PO Box 94053,   Palatine, IL 60094-4053
15099097    +EDI: DCI.COM May 23 2020 06:18:00      Diversified Consultant,    10550 Deerwood Park Blvd,
              Jacksonville, FL 32256-0596
15099098    +EDI: TSYS2.COM May 23 2020 06:18:00      Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
15099090     EDI: JPMORGANCHASE May 23 2020 06:18:00      Chase Card,    Po Box 15298,   Wilmington, DE 19850
15099100    +E-mail/Text: bncnotices@becket-lee.com May 23 2020 02:40:26      Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15104628     E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2020 02:43:12      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15099101    +E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2020 02:42:43      Lvnv Funding Llc,
              Po Box 1269,    Greenville, SC 29602-1269
15099103     E-mail/Text: camanagement@mtb.com May 23 2020 02:40:33      M & T Bank,    1 Fountain Plz Fl 4,
              Buffalo, NY 14203
15099102     E-mail/Text: camanagement@mtb.com May 23 2020 02:40:33      M & T Bank,    Po Box 900,
              Millsboro, DE 19966
15132538     E-mail/Text: camanagement@mtb.com May 23 2020 02:40:33      M&T Bank,    PO Box 840,
              Buffalo, NY 14240
15099107     EDI: PRA.COM May 23 2020 06:18:00      Portfolio Recovery,    POB 12914,   Norfolk, VA 23541
15137323     EDI: PRA.COM May 23 2020 06:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
15099106    +EDI: PRA.COM May 23 2020 06:18:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502-4952
15099108    +EDI: CBS7AVE May 23 2020 06:18:00      Seventh Avenue,    1112 7th Ave,   Monroe, WI 53566-1364
15138308    +EDI: CBS7AVE May 23 2020 06:18:00      Seventh Avenue,    c/o Creditors Bankruptcy Service,
              P.O. Box 800849,    Dallas, TX 75380-0849

```
District/off: 0315-7           User: jfur                  Page 2 of 3                   Date Rcvd: May 22, 2020
                               Form ID: 309                Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15099109       +EDI: RMSC.COM May 23 2020 06:18:00      Syncb/amer Eagle,    Po Box 965005,
                 Orlando, FL 32896-5005
15099110       +EDI: RMSC.COM May 23 2020 06:18:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
15099111       +EDI: RMSC.COM May 23 2020 06:18:00      Syncb/lane Furniture,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
15130473        EDI: AIS.COM May 23 2020 06:18:00      Verizon,    by American InfoSource as agent,    PO Box 4457,
                 Houston, TX 77210-4457
15116523       +EDI: VERIZONCOMB.COM May 23 2020 06:18:00      Verizon,    PO Box 25505,
                 Lehigh Valley, PA 18002-5505
15099113       +EDI: VERIZONCOMB.COM May 23 2020 06:18:00      Verizon Wireless,    Po Box 650051,
                 Dallas, TX 75265-0051
15099114       +EDI: WFFC.COM May 23 2020 06:18:00      Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
                                                                                                  TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
15116489*      +AT&T Mobility,    PO Box 6416,    Carol Stream, IL 60197-6416
15116487*      +Afni, Inc.,    Po Box 3097,    Bloomington, IL 61702-3097
15116490*       Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
15116491*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bankamerica,     Po Box 982238,    El Paso, TX 79998)
15116492*      +Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
15116493*      +C & G,    1201 12th St,    Altoona, PA 16601-3421
15116494*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
15116502*     ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                PLANO TX 75093-4805
                (address filed with court: Credit Protection Asso,     13355 Noel Rd Ste 2100,
                Dallas, TX 75240)
15116503*     ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
                (address filed with court: Creditors Bankruptcy Service,      PO Box 800849,    Dallas, TX 75380)
15116495*       Capital One,    1500 Capital One Drive,    Richmond, VA 23238
15116496*      +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
15116498*      +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
15116500*      +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
15116501*      +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
15116504*      +Dish Network,    PO Box 94053,    Palatine, IL 60094-4053
15116505*      +Diversified Consultant,    10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
15116506*      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15116497*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
                (address filed with court: Chase Card,     Po Box 15298,    Wilmington, DE 19850)
15116507*      +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
15116508*      +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15116509*      +Lvnv Funding Llc,    Po Box 1269,    Greenville, SC 29602-1269
15116511*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court: M & T Bank,     1 Fountain Plz Fl 4,    Buffalo, NY 14203)
15116510*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court: M & T Bank,     Po Box 900,    Millsboro, DE 19966)
15116512*       Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
15116517*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     POB 12914,    Norfolk, VA 23541)
15116515*      +Peoples Gas,    100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
15116516*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
15116518*      +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
15116519*      +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
15116520*      +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
15116521*      +Syncb/lane Furniture,    C/o Po Box 965036,    Orlando, FL 32896-0001
15116522*      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
15116524*      +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
15116525*      +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
                                                                                       TOTALS: 1, * 34, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7           User: jfur              Page 3 of 3            Date Rcvd: May 22, 2020
                               Form ID: 309            Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor Lisia  Cartwright ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```