**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| LISIA CARTWRIGHT | Case No.:19-70477 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/03/2019 and confirmed on 12/20/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 804.49 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 804.49 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 455.90 | |
|   Trustee Fee | 34.59 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 490.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 314.00 | 0.00 | 314.00 |
|     Acct: 9915 | | | | |
|   M & T BANK | 23,604.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 9915 | | | | |
| | | | | 314.00 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LISIA CARTWRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,100.00 | 455.90 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | \*\*\*NONE\*\*\* | | |
| **Unsecured** | | | | |
|   THE BUREAUS | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | LVNV FUNDING LLC | 967.34 | 0.00 | 0.00 | 0.00 |
| | Acct: 9856 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 377.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 0018 | | | | |
| | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1776 | | | | |
| | AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0198 | | | | |
| | BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | C & G SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0283 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2262 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8778 | | | | |
| | CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1028 | | | | |
| | CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8931 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9856 | | | | |
| | CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4422 | | | | |
| | CREDITORS BANKRUPTCY SVCS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DIVERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3929 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/N | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3400 | | | | |
| | CAPITAL ONE NA** | 472.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 2731 | | | | |
| | M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2207 | | | | |
| | NATIONWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6111 | | | | |
| | PENELEC/FIRST ENERGY** | 2,040.34 | 0.00 | 0.00 | 0.00 |
| | Acct: 5127 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 292.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 5204 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SEVENTH AVENUE | 284.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 1570 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5204 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1315 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3250 | | | | |
| | THE BUREAUS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1454 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 146.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2103 | | | | |
| | ATT MOBILITY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                            314.00

TOTAL CLAIMED
PRIORITY            0.00
SECURED           23,604.38
UNSECURED       4.581.73

Date: 06/12/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com